EXHIBIT B



# CONSUMER DISCLOSURE REQUEST FORM

Form CRD-001

*(Please print legibly in blue or black ink)*

## SECTION A: Type of Request

*(Check one of the following. Refer to the Instructions on page 4, item #1-#3 for assistance.)*

1. [✓] **I qualify for a free copy of my consumer file because:** *(See item #2 of the Instructions)*

    Check one of the following.

    (a) [✓] I am requesting my free annual consumer file disclosure under the Fair Credit Reporting Act (FCRA).

    (b) [✓] I reside where state laws entitle me to one or more free copies per year, and under such law, I qualify for another free copy of my consumer file. *(See instructions sheet for states.)*

    (c) [✓] I have been notified of an adverse action based on information in my consumer file and have enclosed the qualifying information. *(Proceed to section B)*

    (d) [✓] I suspect my file may contain fraudulent information or I may be the victim of identity theft.

    (e) [✓] I can certify in writing that I am unemployed or currently receiving public assistance. I have enclosed the qualifying information.

2. [ ] I am requesting a copy of my consumer file. Enclosed is my processing fee payment in the amount of $_____.___.

## SECTION B: Where/With Whom You Applied

*(Complete this section if you checked boxes #1 and (b) above)*  Housing/Employment Application Date: 11/21/2011

Prospective Landlord/Employer Name: FORT HENRY GARDENS

Contact Person: JENNIFER VALENCIA    Phone Number: (703) 271-7113

Street Address: 2470 S Lowell Street

City: ARLINGTON    State: VA    Zip: 22204

## SECTION C: Consumer Identifying Information

Include a copy of your valid and verifiable, government-issued photo identification for faster processing of your request (i.e. driver's license, passport, etc.).

Full Name: First KARLENE    Middle: VALENCIA    Last: JONES

Check one if applicable: [ ] Jr. [ ] Sr    Date of Birth: ███

List Maiden or Other Names Used: NONE

Social Security or Individual Tax Identification Number (ITIN): ███

Phone Numbers: Home (202) 506-6331    Work (   )    Cell (202) 375-0858

List all addresses where you have resided over the past seven years: *(Information will be mailed to current address.)*

1. Current Street Address: 701 Brandywine St. S.E.    Apt.#: 201
   City: Washington    State: D.C.    Zip: 20032

2. Previous Street Address: 760 Chesapeake St. S.E.    Apt.#: 101
   City: Washington    State: D.C.    Zip: 20032

3. Previous Street Address: _____    Apt.#: _____
   City: _____    State: _____    Zip: _____

*(Form continues on next page)*

RECEIVED DEC 1 9 2011

4. Previous Street Address: _____ Apt.# _____
City: _____ State: _____ Zip: _____

5. Previous Street Address _____ Apt.#: _____
City: _____ State: _____ Zip: _____

6. Previous Street Address: _____ Apt.# _____
City: _____ State: _____ Zip: _____

7. Previous Street Address: _____ Apt.#: _____
City: _____ State: _____ Zip: _____

## SECTION D: Third Party Request and Identifying Information

*(Complete only if you want to have your consumer file disclosed or discussed with someone other than yourself. Check the boxes that apply.)*

In order to protect your privacy rights the Fair Credit Reporting Act requires that we obtain your written consent authorizing the disclosure of the contents of your consumer file and the result of a reinvestigation request (if any) to a third party representative. Upon receipt of this form, we will be happy to assist you and your third party representative on any matter concerning your consumer file and the result of the reinvestigation of any disputed information.

[X] I authorize the disclosure of the contents of my consumer file to the third party representative identified below. Furthermore, I authorize the disclosure or discussion of any matter concerning my consumer file, and/or the result of any reinvestigation request, with the third party representative identified below.

Third Party Representative's relationship/association to you: _Prospective Landlord_
Third Party Representative's full name: First _____ Middle _____ Last _____
or Name of Entity _FORT HENRY GARDENS_
Full current address of Third Party Representative:
Street Address _2470 S Lavell Street_ Apt.# _____
City _Arlington_ State _VA_ Zip _22204_
Phone Numbers: Home (____) _____ Work ~~(____)~~ (703) 271-7113
Cell (____) _____ Fax (____) _____

## SECTION E: Request for Alternate Disclosure Method

[X] I wish to authorize disclosure of my file in a manner other than by mail. *(Check **one** of the following)*

[X] By Telephone (202) 506-6331    [ ] By Fax (____) _____

[X] Mail disclosure of my confidential consumer file and/or result of reinvestigation of any disputed information contained in my consumer file to the authorized Third Party Representative at the address indicated in Section D above.

[ ] By other means, as specified: _____

Please note, to safeguard your personal information, we do not send your confidential consumer file via e-mail, as this is not a secure means of transmission.

BY SUBMITTING THIS FORM, I AGREE THAT I AM THE PERSON NAMED ABOVE AND I UNDERSTAND THAT FEDERAL LAW PROVIDES THAT ANY PERSON OBTAINING INFORMATION FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSES SHALL BE FINED NOT MORE THAN $5,000 OR IMPRISONED NOT MORE THAN ONE (1) YEAR, OR BOTH.

I swear, under penalty of law, that to the best of my knowledge, the information provided above is true and correct.

Printed Name _KARLENE VALENCIA JONES_
Signature: _Karlene Jones_ Date: _12/09/2011_

RECEIVED DEC 13 2011

