# EXHIBIT C





CoreLogic
SafeRent

Karlene Jones
701 Brandywine Street SE #201
Washington, DC 20032

December 28, 2011

Based upon the documentation received, we have completed your request for a reinvestigation of your consumer file.

☐ Enclosed is an updated copy of your consumer file, which reflects any changes made as a result of our reinvestigation.

☑ Enclosed is an updated copy of your consumer file, which reflects any changes made as a result of our reinvestigation. Based on the documentation you provided, some records could not be updated. You may provide additional documentation to support your dispute and request a subsequent reinvestigation. Under the Fair Credit Reporting Act (FCRA), you may file a statement to append your file. Please see the enclosed Consumer Statement sheet for specific instructions.

☐ Based on the documentation you provided, we are unable to update your consumer file at this time. You may provide additional documentation to support your dispute and request another reinvestigation. Under the FCRA, Section 611: "Procedure In Case Of Disputed Accuracy", you may request that a 100-word statement be appended to your file. Please see the enclosed Consumer Statement sheet for specific instructions.

☐ Your request for reinvestigation could not be processed due to the following reason(s): *See box below*.

☑ ADDITIONAL COMMENTS - Please see below

> The disputed Landlord/tenant cases were verified with DC Superior Court. Case# 2009 LTB 032082 was amended to reflect 'dismissed/terminated'. Please note that accurately reported landlord/tenant cases can be reported for up to 7 years from the case file date.

In accordance with the FCRA, you have the right to request from us, a description of the procedure used in the reinvestigation process, including the business name, address, and telephone number, if reasonably available, of any furnisher of information contacted in connection with the reinvestigation of the disputed items within your file.

Please submit such requests, in writing, to:

CoreLogic SafeRent, Inc. - Consumer Relations Department
7300 Westmore Road, Suite 3 - Rockville, Maryland 20850-5223
Phone: 1-800-815-8664