# EXHIBIT D

Karlene Jones
701 Bradywine Street S.E. Apt 201
Washington DC 20032

CoreLogic SafeRent, Inc.
Consumer Relations Department
7300 Westmore Rd Suite 3
Rockville, MD 20850-5223


RECEIVED DEC 2 8 2011

Ref: DC Court Cases Dismissed/Terminated

Date:

Dear Sir/Madam,

I am writing to dispute the validity of the Attached referenced Items pursuant to the Fair Credit Reporting Act. The Fair Credit Reporting Act requires you to verify the validity of the Item within 30 days. If the validity can not be verified, you are obligated by law to remove the item. In the event that you can not verify the Item pursuant to the Fair Credit Reporting Act, and you continue to list the disputed Item on my credit report I will find it necessary to sue you for actual damages and declaratory relief under the Fair Credit Reporting Act. Because the Fair Credit Reporting Act provides concurrent jurisdiction in federal and state courts, I shall elect to use the District of Columbia Superior Court to bring appropriate action against you for Defamation of Character.

While I prefer not to litigate, I will use the courts as needed to enforce my rights under the Fair Credit Reporting Act. I look forward to an uneventful resolution of this matter.

P.S. The Clerk of the Courts has informed me that the District of Columbia does not forward any information to third parties. I would make shore your records are in order.

Best Regards,

*Karlene Jones*
Signature