# EXHIBIT E

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| Karlene Jones<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CoreLogic SafeRent, LLC,<br><br>　　　　　　　　Defendant. | Case No. 2012 CA 000830 B<br><br>Judge John M. Mott<br><br>Next Event:  Initial Conference<br>Date:  May 25, 2012 |

**NOTICE OF REMOVAL**

KINDLY TAKE NOTICE that on February 24, 2012, Defendant CoreLogic SafeRent, LLC, pursuant to applicable law, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal, a copy of which is attached hereto as Exhibit 1.  No further proceedings may be had in this Honorable Court unless and until such time as above-captioned litigation may be remanded by the United States District Court for the District of Columbia.

Dated:  February 24, 2012　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　/s/ Lorenzo B. Cellini
　　　　　　　　　　　　　　　　　Lorenzo B. Cellini
　　　　　　　　　　　　　　　　　　D.C. Bar. No. 502441
　　　　　　　　　　　　　　　　　TYCKO & ZAVAREEI LLP
　　　　　　　　　　　　　　　　　2000 L Street NW, Suite 808
　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　(202) 973-0900 (telephone)
　　　　　　　　　　　　　　　　　(202) 973-0900 (facsimile)
　　　　　　　　　　　　　　　　　lcellini@tzlegal.com

　　　　　　　　　　　　　　　　　*Counsel for CoreLogic SafeRent, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2012, I served a true and correct copy of the foregoing NOTICE OF NOTICE OF REMOVAL on Plaintiff by sending the same via United States mail, postage prepaid, to:


Karlene Jones
701 Brandywine Street SE, Apartment #201
Washington, DC 20032

*Plaintiff Pro Se*


/s/ Lorenzo B. Cellini
Lorenzo B. Cellini