**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Karlene Jones<br><br>　　　　　　Plaintiff,<br>v.<br><br>CoreLogic SafeRent, LLC,<br><br>　　　　　　Defendant. | Case No.:_____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant CoreLogic SafeRent, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of CoreLogic SafeRent, LLC which have any outstanding securities in the hands of the public:

CoreLogic SafeRent, LLC is a wholly-owned subsidiary of CoreLogic Information Resources, LLC, which in turn is a wholly-owned subsidiary of CoreLogic, Inc., whose shares are publicly traded on the New York Stock Exchange under the acronym "CLGX."

These representations are made in order that judges of this court may determine the need for recusal.

- 2 -

Dated:  February 24, 2012	Respectfully Submitted

/s/ Lorenzo B. Cellini
Lorenzo B. Cellini
 D.C. Bar. No. 502441
TYCKO & ZAVAREEI LLP
2000 L Street NW, Suite 808
Washington, DC 20036
(202) 973-0900 (telephone)
(202) 973-0950 (facsimile)
lcellini@tzlegal.com

Jason A. Spak (PA89077)
PICADIO SNEATH MILLER & NORTON, P.C.
444 Liberty Avenue, Suite 1105
Pittsburgh, PA  15219
 (412) 288-4385 (telephone)
jspak@psmn.com

*Counsel for CoreLogic SafeRent, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2012, I served a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT on Plaintiff by sending the same via United States mail, postage prepaid, to:

Karlene Jones
701 Brandywine Street SE, Apartment #201
Washington, DC 20032

*Plaintiff Pro Se*

                                              /s/ Lorenzo B. Cellini
                                              Lorenzo B. Cellini