# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Karlene Jones<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CoreLogic SafeRent, LLC,<br><br>　　　　　　　Defendant. | Case No.: 1:12-cv-00304-EGS<br><br><br>**DEFENDANT'S MOTION TO DISMISS** |

## DEFENDANT'S MOTION TO DISMISS

Defendant CoreLogic SafeRent, LLC moves this Honorable Court to dismiss the above-captioned litigation pursuant to Fed. R. Civ. P. 12(b)(6), because Plaintiff's Complaint fails to state a claim for which relief may be granted. The basis for Defendant's motion is set forth in the Memorandum of Points and Authorities being filed contemporaneously herewith, which is incorporated herewith by reference.

Dated: February 28, 2012　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Lorenzo B. Cellini
　　　　　　　　　　　　　　　　　　　Lorenzo B. Cellini
　　　　　　　　　　　　　　　　　　　 D.C. Bar. No. 502441
　　　　　　　　　　　　　　　　　　　TYCKO & ZAVAREEI LLP
　　　　　　　　　　　　　　　　　　　2000 L Street NW, Suite 808
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　(202) 973-0900 (telephone)
　　　　　　　　　　　　　　　　　　　(202) 973-0950 (facsimile)
　　　　　　　　　　　　　　　　　　　lcellini@tzlegal.com

　　　　　　　　　　　　　　　　　　　Jason A. Spak (PA89077)
　　　　　　　　　　　　　　　　　　　PICADIO SNEATH MILLER & NORTON, P.C.
　　　　　　　　　　　　　　　　　　　444 Liberty Avenue, Suite 1105
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　(412) 288-4385 (telephone)
　　　　　　　　　　　　　　　　　　　jspak@psmn.com

　　　　　　　　　　　　　　　　　　　*Counsel for CoreLogic SafeRent, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2012, I served a true and correct copy of the foregoing **MOTION TO DISMISS** on Plaintiff by sending the same via United States mail, postage prepaid, to:

Karlene Jones
701 Brandywine Street SE, Apartment #201
Washington, DC 20032

*Plaintiff pro se*

/s/  Lorenzo B. Cellini
Lorenzo B. Cellini