

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

WASHINGTON, D.C. 20001-2131

Date: 2-28-2012

**RECEIVED**
**MAR - 2 2012**
**SUPERIOR COURT**

The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

**In Re: Karlene Jones vs. Core Logic Safe Rent**

**Civil Action Number 12ca830**

12cv304 EGS

Dear Ms. Angela Caesar:

Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed on February 24, 2012. This case consists of 1 volume(s). A certified copy of the docket entries is also enclosed.

Please acknowledge receipt of our file on the duplicate copy of this letter, and return it to this Court.

Sincerely,

Derrick Monroe, Branch Chief
Civil Actions Branch

By: _____

Date: 02/28/2012
CRTR5925                                        Summary

| Case Number | Status | Judge |
|---|---|---|
| 2012 CA 000830 B | Closed | MOTT, JOHN M |

| In The Matter Of | | | Action |
|---|---|---|---|
| JONES, KARLENE Vs. CORE LOGIC SAFE RENT | | | Complaint for Libel and Slander Filed |
| Party | | Attorneys | |
| JONES, KARLENE | PLNTF | PRO SE | |
| CORE LOGIC SAFE RENT | DFNDT | CELLINI, LORENZO B | |

| Opened | Disposed | Case Type |
|---|---|---|
| 02/01/2012 | Removal-Notice of Removal To USDC | Civil II |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 02/28/12 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Removal<br>Sent on: 02/28/2012  16:56:11.63 | 0.00 | 0.00 |
| 2 | 02/28/12 | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 05/25/2012 at 10:00 am has been resulted as follows:<br><br>Result: Event Not Held Case Dismissed<br>Judge: MOTT, JOHN M    Location: Courtroom 221 | 0.00 | 0.00 |
| 3 | 02/24/12 | Notice of Removal to USDC for the District of Columbia. 12-cv-304 | 0.00 | 0.00 |
| 4 | 02/24/12 | Additional eFiling Document to Notice of Removal Filed. submitted 02/24/2012 15:03. tw<br>Attorney: CELLINI, LORENZO B (502441)<br>CORE LOGIC SAFE RENT (Defendant); | 0.00 | 0.00 |
| 5 | 02/24/12 | Notice of Removal Filed. submitted 02/24/2012 15:03. tw<br>Attorney: CELLINI, LORENZO B (502441)<br>CORE LOGIC SAFE RENT (Defendant); | 0.00 | 0.00 |



A TRUE COPY
TEST: 2-28-12
Clerk, Superior Court of
the District of Columbia
By _____
Deputy Clerk

2012 CA 000830 B    JONES, KARLENE    Vs. CORE LOGIC SAFE RENT

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 6 | 02/13/12 | Proof of Service<br>  Method    : Service Issued<br>  Issued    : 02/02/2012<br>  Service   : Summons Issued<br>  Served    : 02/02/2012<br>  Return    : 02/13/2012<br>  On        : CORE LOGIC SAFE RENT<br>  Signed By : Meselle Colaess<br><br>  Reason    : Proof of Service<br>  Comment   :<br><br>  Tracking #: 5000110019 | 0.00 | 0.00 |
| 7 | 02/13/12 | Affidavit of Service of Summons &<br>Complaint by certifed mail (green card attached)<br>CORE LOGIC SAFE RENT (Defendant); | 0.00 | 0.00 |
| 8 | 02/02/12 | Issue Date: 02/02/2012<br>Service:  Summons Issued<br>Method:   Service Issued<br>Cost Per: $<br><br>    CORE LOGIC SAFE RENT<br>    7300 WESTMORE ROAD<br>    STE 3<br>    ROCKVILLE, MD   20850<br>    Tracking No: 5000110019 | 0.00 | 0.00 |
| 9 | 02/01/12 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 05/25/2012    Time: 10:00 am<br>Judge: MOTT, JOHN M    Location: Courtroom 221 | 0.00 | 0.00 |
| 10 | 02/01/12 | Complaint for Libel and Slander Filed<br>Attorney: PRO SE (999999)   Receipt: 216032<br>  Date: 02/01/2012 | 120.00 | 0.00 |

|  | Totals By:  Cost | 120.00 | 0.00 |
|---|---|---|---|
|  | Information | 0.00 | 0.00 |

*** End of Report ***