UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
KARLENE JONES,                 )
                               )
            Plaintiff,         )
                               )
       v.                      )    Civil Action No. 12-304 (EGS)
                               )
CORELOGIC SAFERENT, LLC,       )
                               )
            Defendant.         )
_____)
```

### ORDER

Defendant filed a motion to dismiss the complaint on February 28, 2012. Because a ruling on defendant's motion potentially could dispose of this case, the Court hereby advises the *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

The plaintiff is advised that the Court will rule on the defendant's motion taking into consideration the facts proffered in the complaint, along with the plaintiff's response or opposition to the motion. The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

Local Civil Rule 7(b). Additionally, the plaintiff is directed to

Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire . . . .

Fed. R. Civ. P. 6(d).  The Court may treat as conceded any motion not opposed within the time limits outlined above.  Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above.  Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

**ORDERED** that, on or before **May 11, 2012**, the plaintiff shall file her opposition or other response to the motion filed on behalf of the defendant on February 28, 2012.  *See* Docket No. 3.  If the plaintiff fails to respond timely, the Court may grant the motion as conceded, and may dismiss the complaint.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            April 11, 2012**