**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KARLENE JONES, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 12-304(EGS) |
| v. | ) |
|  | ) |
| CORELOGIC SAFERENT, LLC, | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

On February 28, 2012, defendant filed a Motion to Dismiss plaintiff's Complaint.  On April 11, 2012, the Court issued an Order, pursuant to *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Neal v. Kelly*, 963 F.2d 452 (D.C. Cir. 1992), directing plaintiff to respond to defendant's motion by May 11, 2012.  The Court informed plaintiff that if she did not respond, the Court could treat the motion as conceded and dismiss the case without prejudice.

To date, plaintiff has not responded to the Motion to Dismiss.  Accordingly, it is **ORDERED** that defendant's Motion to Dismiss is **GRANTED** and the case is hereby dismissed without prejudice.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            June 26, 2012**